# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| JERRY BIGGART, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 19-cv-3215 |
| VIBRA HOSPITAL OF SPRINGFIELD, LLC, | ) ) ) ) |
| Defendant. | ) ) |

## OPINION

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

This matter comes before the Court on Defendant Vibra Hospital of Springfield, LLC's (Vibra) Motion to Strike Plaintiff's Rule 26(a)(2) Amended Expert Disclosure (d/e 94) (Motion 94). For the reasons set forth below, Motion 94 is DENIED.

Drs. Mailey and Thiele treated Plaintiff Jerry Biggart (Biggart). Biggart provided his initial expert disclosure on June 29, 2021. Vibra found deficiencies in the expert reports provided with the disclosures. On July 30, 2021, the parties filed an Agreed Motion to Modify the Discovery Schedule (d/e 81) (Agreed Motion 81). The parties submitted a proposed agreed Fourth Amended Scheduling Order. Motion 81, Exhibit C. The proposed order provided, in part:

>5. Deadline for Plaintiff to identify testifying experts and to provide Rule 26 expert reports by July 1, 2021 to stand. **By agreement of the parties, any amendments to Plaintiff's expert disclosures and reports for already disclosed experts to be completed by August 20, 2021**. Depositions of Plaintiff's experts to be completed by **October 22, 2021**. Defendant is to identify testifying experts and to provide Rule 26 expert reports by **December 17, 2021**. Depositions of Defendant's experts to be completed by **January 21, 2022**.

Motion 81, Exhibit C, ¶ 5 (emphasis in the original). The Court ruled on Motion 81 by Text Order entered August 5, 2021. The August 5, 2021 Text Order stated:

>TEXT ORDER entered by U.S. Magistrate Judge Tom Schanzle-Haskins. Agreed Motion to Modify the Discovery Schedule 81 is ALLOWED. REVISED TIME LIMITS AND SETTINGS ARE ORDERED AS FOLLOWS: Plaintiff`s Expert Disclosure due by 8/20/2021, depositions by 10/22/2021; Defendant`s Expert Disclosure due by 12/17/2021, depositions by 1/21/2022; Expert Discovery due by 1/21/2022; Dispositive Motions due by 2/18/2022. Final Pretrial Conference set 4/4/2022 is CANCELLED and reset 6/6/2022, at 2:00 PM in Courtroom 1 in Springfield before U.S. District Judge Sue E. Myerscough. Jury Trial set 4/19/2022 is CANCELLED and reset 6/21/2022 at 9:00 AM before Judge Myerscough. Mediation before Judge Schanzle-Haskins remains scheduled 9/15/2021 with mediation statements due 9/8/2021. (LB) (Entered: 08/05/2021)

Text Order entered August 5, 2021.

On August 20, 2021. Biggart provided his Amended Rule 26(a)(2) disclosures. He added Drs. Mailey and Thiele as additional experts. Plaintiff Jerry Biggart's, Response to Defendant's Motion to Strike Plaintiff's Rule 26(A)(2) Amended Expert Disclosure (ECF #94) (Response), Exhibit A,

Plaintiff Jerry Biggart's Rule 26(a)(2) Amended Expert Disclosure (Amended Disclosure), at 4.  Biggart stated in the Amended Disclosure that Drs. Mailey and Thiele performed diverting colostomy and flap closure surgical procedures on Biggart in November 2017 and offer opinions related to the same.

Vibra moves to bar Drs. Mailey and Thiele's expert testimony.

ANALYSIS

The Court finds that Biggart timely disclosed Drs. Mailey and Thiele. The Court's August 5, 2021 Text Order quoted above extended the deadline for Biggart to make expert disclosures to August 20, 2021.  The Text Order did not contain the limiting language quoted above that was in the proposed agreed order.  Biggart complied with the Court's Text Order.  The Court will not bar experts under these circumstances.  Vibra should have filed a motion to amend the August 20, 2021 Text Order if the limiting language was critical.

Furthermore, Vibra suffers no prejudice from the Amended Disclosure's inclusion of Drs. Mailey and Thiele.  Vibra has until January 21, 2022 to depose Drs. Mailey and Thiele on their expert opinions.  Biggart already disclosed Drs. Mailey and Thiele as fact witnesses, and Vibra has the medical records of their treatment of Biggart.  Vibra further has had the opportunity to depose them during fact discovery on their personal knowledge of facts related to this case.  See Response, at 3-4.  Vibra suffers no prejudice by

allowing these treating physicians to offer expert opinions related to the surgery they performed on Biggart as set forth in the Amended Disclosure.

THEREFORE, IT IS ORDERED that Defendant Vibra Hospital of Springfield, LLC's Motion to Strike Plaintiff's Rule 26(a)(2) Amended Expert Disclosure (d/e 94) is DENIED.

ENTER:   November 30, 2021

                         *s/ Tom Schanzle-Haskins*
                         UNITED STATES MAGISTRATE JUDGE